# Court of Appeals
# of the State of Georgia

ATLANTA, July 31, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0004.  YOMAND O'NEAL BROWN v. LANA CANDICE BROWN.**

Yomand O'Neal Brown has filed a Rule 40 (b) motion for an extension of 30 days to file an application for discretionary appeal. The motion is hereby GRANTED and Brown shall have until August 30, 2023 to file a discretionary application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/31/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*